IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60052-CV-SMITH

AMERICAN GOLD LABEL FOODS,
INC., a Florida Corporation, and
NEIL W. RODIN, an Individual,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## UNITED STATES' ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, United States of America, by and through the undersigned Assistant United States Attorney, hereby answers the Plaintiffs' Complaint as follows:

### SUMMARY OF THE CASE[1]

1. The United States admits that Plaintiffs' authorization to participate in the Supplemental Nutrition Assistance Program ("SNAP") as an authorized retailer was withdrawn by the Food and Nutrition Service ("FNS").

2. The United States admits that the Plaintiffs were initially authorized to participate in the SNAP in 2009 and that the withdrawal of their authorization is the subject of this lawsuit. The United States denies that the Plaintiffs were reauthorized to participate in the SNAP in 2015. As to the remaining allegations in Paragraph 2, the United States lacks sufficient information or knowledge to admit or deny them and therefore denies the same.

---

[1] The United States reprints Plaintiffs' headings for ease of reference. Plaintiffs' headings do not constitute factual allegations. To the extent the headings are considered factual allegations, the allegations are denied.

3. The United States admits that a Withdrawal Letter was issued to the Plaintiffs on March 8, 2017, but states that the Withdrawal Letter speaks for itself and is the best evidence of its contents.

4. The United States admits that the quoted portion is from the March 8, 2017 Withdrawal Letter that was issued to the Plaintiffs, but states that the Withdrawal Letter speaks for itself and is the best evidence of its contents.

5. The United States admits that Plaintiffs requested administrative review of their withdrawal from the SNAP program but denies that Plaintiffs qualify as a co-located wholesale retailer.

6. As to the first sentence, the United States admits that an Administrative Review Officer under the Administrative Review Branch of the Retailer and Issuance Policy and Innovation Division ("RIPID") issued a final agency decision sustaining the decision of the Office of Retailer Operations and Compliance to withdraw the Plaintiffs' SNAP authorization in an opinion dated December 23, 2021. As to the second sentence, the United States admits that the Review Officer was designated by the Secretary pursuant to 7 U.S.C. § 2023(a)(5) and was not required to be an Administrative Law Judge as set forth in 7 U.S.C. § 2023(a)(6); and that 7 U.S.C. § 2023(a)(15) provides for a trial de novo. The United States further avers that the U.S. Code sections cited speak for themselves and are the best evidence of their contents. The United States admits that the quoted portion of the second sentence is from the Final Agency Decision which speaks for itself and is the best evidence of its contents. The remaining allegations of Paragraph 6 are denied.

7.      Paragraph 7 contains legal conclusions to which no response is warranted. To an extent a response is required, the United States denies the allegations contained within paragraph 7.

8.      The United States denies the allegations set forth in paragraph 8 of the Plaintiffs' complaint.

## JURISDICTION AND VENUE

9.      Admit.

10.     The United States admits that this court has jurisdiction over the matters raised in the Plaintiffs' complaint.

11.     The United States admits that venue is appropriate in this District Court but notes that the United States understands that American Gold Label Foods, Inc., is in Miami-Dade County, not Broward County.

## PARTIES

12.     The United States lacks sufficient information or knowledge to admit or deny paragraph 12 and therefore denies the same.

13.     The United States lacks sufficient information or knowledge to admit or deny paragraph 13 and therefore denies the same.

14.     The United States avers that the United States Department of Agriculture ("USDA") is an executive department of the United States, and that the Food and Nutrition Service is an agency of the USDA.

## GENERAL ALLEGATIONS

15.     Admit, with the qualification that the United States denies the characterization of "sole purpose."

16. The United States was unable to access and review the reports referenced in the footnotes via the hyperlinks and therefore avers that it lacks sufficient information or knowledge to admit or deny these allegations which has the effect of a denial. Additionally, the United States avers that the referenced reports speak for themselves and are the best evidence of their contents.

17 The United States admits that the USDA is responsible for the authorization and oversight of SNAP retailers.

18. The United States avers that the SNAP statutes and regulations speak for themselves and are the best evidence of their contents.

19. The United States admits that the Secretary of Agriculture issued and promulgated regulations governing the SNAP in accordance with 7 U.S.C. § 2013(c). The United States further avers that the SNAP regulations speak for themselves and are the best evidence of their contents.

20. The United States avers that the SNAP statutes and regulations speak for themselves and are the best evidence of their contents but denies that 7 C.F.R. § 278.1(b)(1)(vi) contains an exhaustive list of the requirements to be authorized as a co-located wholesale food concern.

21. The United States avers that the SNAP statutes and regulations speak for themselves and are the best evidence of their contents.

22. The United States avers that the SNAP statutes and regulations speak for themselves and are the best evidence of their contents.

23. The United States avers that the reference to "legislative notes" is too vague for the United States to formulate a response and therefore the United States avers that it lacks sufficient information or knowledge to admit or deny this allegation which has the effect of a denial. The United States avers that the reference to the "comments on the final agency rule" are likewise too

vague for the United States to formulate a response and therefore the United States avers that it lacks sufficient information or knowledge to admit or deny this allegation which has the effect of a denial.

24.     The United States denies the first sentence.  As to the second sentence, the United States avers that it lacks sufficient information or knowledge to admit or deny this allegation which has the effect of a denial.

25.     The United States lacks sufficient information or knowledge to admit or deny paragraph 25 and therefore denies the same.

26.     The United States lacks sufficient information or knowledge to admit or deny paragraph 26 and therefore denies the same.

27.     The United States denies that employment type was a foundational basis upon which the Plaintiffs' authorization was withdrawn.

28.     The United States lacks sufficient information or knowledge to admit or deny paragraph 28 and therefore denies the same.

29.     The United States denies the allegations with the qualification that because American Gold Label Foods, Inc., may have recently moved, the United States lacks sufficient information or knowledge to admit or deny the allegations regarding their current store layout and therefore denies the same.

30.     The United States lacks sufficient information or knowledge to admit or deny paragraph 30 and therefore denies the same.

31.     The United States lacks sufficient information or knowledge to admit or deny paragraph 31 and therefore denies the same.

32.     Deny.

33. The United States lacks sufficient information or knowledge to admit or deny paragraph 33 and therefore denies the same.

34. The United States denies the allegations contained within paragraph 34 of the Plaintiffs' Complaint.

35. The United States denies the allegations contained within paragraph 35 of the Plaintiffs' Complaint. Plaintiffs were initially authorized as a Delivery Route; Plaintiffs were never re-authorized.

## COUNT I: REQUEST FOR JUDICIAL REVIEW

36. In response to paragraph 36, the United States reasserts and incorporates by reference all responses provided herein to paragraphs 1 through 35 of the Complaint as if fully set forth herein.

37. The United States admits the allegations contained within paragraph 37 of the Plaintiffs' Complaint.

38. The United States denies the allegations contained within paragraph 38 of the Plaintiffs' Complaint.

39. The United States lacks sufficient information or knowledge to admit or deny paragraph 39 and therefore denies the same.

40. The United States denies the allegations contained within paragraph 40 of the Plaintiffs' Complaint.

41. The United States denies the allegations contained within paragraph 41 of the Plaintiffs' Complaint.

### Wherefore Paragraph

The unnumbered paragraph beginning "WHEREFORE" after paragraph 41 of the Plaintiffs' Complaint constitutes Plaintiffs' prayer for relief to which no response is required. However, to the extent a response is required, the United States denies that Plaintiffs are entitled to any relief requested, or to any relief whatsoever, against the United States.

### General Denial

Any allegations contained within the Complaint requiring a response which has not been specifically admitted is hereby denied.

### Affirmative Defenses

1. The Complaint fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6); 7 U.S.C. § 2018; 7 C.F.R. § 278.1.

WHEREFORE, having fully answered Plaintiffs' Complaint, the United States prays that Plaintiffs take nothing by way of the Complaint, that the same be dismissed, and that judgment be awarded in favor of the United States, together with costs and such other and further relief as the Court deems appropriate in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
United States Attorney

**/s/ Kelsi R. Romero**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
Special Bar No. A5502758
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel. (305) 961-9159
E-mail: Kelsi.Romero@usdoj.gov