UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY ▓▓▓ D.C.

DEC 28 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**AMERICAN GOLD LABEL FOODS** and
**NEIL W. RODIN**,
    Plaintiffs,
v.                                                              CASE NO.: 0:22-cv-60052-RS

**UNITED STATES OF AMERICA**,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF ADJOURNMENT

James R. Betts, the undersigned mediator, advises this court that the parties' Zoom mediation conference on December 19, 2022, attended by Andrew Z. Tapp, Esq., Mr. Neil Rodin, Ms. Jeri Parrish, Kelsi R. Romero, Esq., Ms. Vicky Robinson and Steve Bott, Esq., resulted in some progress, but the parties elected to adjourn the mediation in order to explore further progress toward settlement.

### Certificate of Service

I hereby certify that on December 19, 2022 by U.S. Mail I filed a copy of this notice with the Clerk of the District Court, U.S. Federal Building and Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301, and served true copies of this notice upon the following:

Andrew Z. Tapp, Esq.    Kelsi R. Romero, Esq.
andrew@metropolitan.legal    Kelsi.romero@usdoj.gov

_/s/ James R. Betts_
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida  33606-2903
(813) 254-3302
JBETTS@TAMPABAY.RR.COM

James R. Betts, Esq.
Certified Mediator
710 S. Boulevard
Tampa, FL 33606

TAMPA FL 335
SAINT PETERSBURG FL
20 DEC 2022 PM 5 L

Clerk of the District Court
U.S. Federal Building and Courthouse
299 E. Broward Boulevard
Ft. Lauderdale, FL 33301